OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

May, Appellant and Cross-Appellee, v. Tandy Corporation,
Appellee; Diamantis, Appellee and Cross-Appellant.
[Cite as May v. Tandy Corp. (1994),    Ohio St.3d    .]
Torts -- Damages -- Collateral benefits -- R.C. 2317.45
     violates Sections 2, 5 and 16, Article I of the Ohio
     Constitution, and is unconstitutional in toto --
     Cross-appeal dismissed as improvidently allowed.
     (No. 93-1402 -- Submitted January 11, 1994 -- Decided June
1, 1994.)
     Appeal and Cross-Appeal from the Court of Appeals for
Cuyahoga County, No. 62679.

     Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Richard
C. Alkire, Jeffrey A. Leikin and Sandra J. Rosenthal, for
appellant and cross-appellee.
     William J. Coyne & Associates Co., L.P.A., Terrance P.
Gravens and Michael E. Stinn, for appellee and cross-appellant.

     The judgment on appeal is reversed and the cause is
remanded to the trial court on authority of Sorrell v. Thevenir
(1994),    Ohio St.3d   ,    N.E.2d   , decided today.  The
cross-appeal is dismissed, sua sponte, as having been
improvidently allowed.
     A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.
     Moyer, C.J., and Wright, J., dissent.